**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA **(United States Department of Agriculture, Rural Development),** | ) ) ) ) | **CASE NO. 2020-14** |
| **Plaintiff,** | ) ) | **ACTION FOR DEBT AND FORECLOSURE OF** |
| **v.** | ) ) | **MORTGAGE** |
| **AVELYN WHITE and U.S. VIRGIN ISLANDS BUREAU OF INTERNAL REVENUE,** | ) ) ) | |
| **Defendants.** | ) ) ) | |

**JOINT STIPULATION OF DISMISSAL**

COME NOW, Plaintiff United States of America (United States Department of Agriculture, Rural Development) and Defendants Avelyn White and U.S. Virgin Islands Bureau of Internal Revenue, pursuant to Rule 41(a)(1)(A)(ii) and stipulate to the dismissal of the above-captioned case. The claims of the United States have been satisfied and the parties agree that each party will bear its own costs and expenses, including attorney's fees.

Dated: November 30, 2022

Respectfully submitted,

**DELIA L. SMITH
UNITED STATES ATTORNEY**

By: *s/Kimberly L. Cole*
Kimberly L. Cole
Assistant U.S. Attorney
5500 Veterans Drive, Room 260
St. Thomas, V.I. 00802
(340) 774-5757

s/Avelyn White
Avelyn White


**DENISE N. GEORGE, ESQ.**
**ATTORNEY GENERAL**

By: /s Ariel Smith for Julie A. Beberman
JULIE A. BEBERMAN, ESQ.
Assistant Attorney General
213 Estate La Reine, RR1 Box 6151
Kingshill, V.I. 00851, (340) 773-0295
Julie.Beberman@doj.vi.gov


## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November 2022, I electronically filed the foregoing JOINT STIPULATION OF DISMISSAL with the Clerk of the District Court using the CM/ECF system, and I hereby certify that a copy of this pleading was sent via email and by first class mail to the Defendant at the following address:

Avelyn White
P.O. Box 26571
Christiansted, VI 00824


s/ Kimberly L. Cole
Assistant U.S. Attorney